IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEREL DENEE KENT,

      Appellant,

v.

                                 Case No. 5D22-2495
                                 LT Case No. 2010-CF-003649-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 7, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Jerel Denee Kent, Sneads, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.